1022

## UNITED STATES ex rel. Marcos TETONIS v. Frances PERKINS, Secretary of Labor, et al.

### No. 5461.

Circuit Court of Appeals, Third Circuit.

Feb. 18, 1935.

David B. Fawcett and Ward Bonsall, both of Pittsburgh, Pa., for appellant.

D. Lloyd Claycomb, Asst. U. S. Atty., Horatio S. Dumbauld, U. S. Atty., and James I. Marsh, Asst. U. S. Atty., all of Pittsburgh, Pa., for appellees.

Before BUFFINGTON, WOOLLEY, and THOMPSON, Circuit Judges.

### PER CURIAM.

In the court below the petition for a writ of habeas corpus of Marcos Tetonis, a subject of Greece and a deserting seaman, who entered the country without an immigration visa, was dismissed. The opinion of the hearing judge fully discussed the case and justified the court's order. Agreeing thereto as we do, and as no new principle or precedent is involved, we avoid needless repetition by limiting ourselves to affirming on the trial judge's opinion.

## UNITED STATES of America ex rel. John UJICH, alias Ivan Ujcic, alias George Marks, Relator-Appellant, v. COMMISSIONER OF IMMIGRATION, Ellis Island, New York Harbor, Respondent-Appellee. *

### No. 302.

Circuit Court of Appeals, Second Circuit.

Feb. 18, 1935.

David M. Freedman, of New York City (Carol King and Rose Breslow, both of New York City, of counsel), for appellant.

*Writ of certiorari denied 55 S. Ct. 825, 79 L. Ed. ——.

Martin Conboy, U. S. Atty., of New York City (Francis H. Horan and Clarence W. Roberts, Asst. U. S. Attys., both of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

### PER CURIAM.

Decision affirmed.

## Henry A. WALLACE, Sec. of Agriculture, etc., v. EDGEWATER DAIRY COMPANY et al.

### No. 5277.

Circuit Court of Appeals, Seventh Circuit.

March 13, 1935.

Harold M. Stephens, of Washington, D. C., Dwight H. Green, of Chicago, Ill., Carl McFarland, A. H. Feller, Jerome N. Frank, and Arthur C. Bachrach, all of Washington, D. C., Lee Pressman, of New York City, and John J. Abt, of Washington, D. C., for appellants.

Arthur R. Seelig, Leo D. Schein, and Joseph C. Kanak, all of Chicago, Ill., for appellees.

Before EVANS, SPARKS, and FITZHENRY, Circuit Judges.

### PER CURIAM.

Now this day come the parties by their counsel, and counsel for appellants present a motion that this appeal be dismissed for the reason that the Chicago Milk License in the Chicago area was terminated on, to wit, March 2, 1935, by the Secretary of Agriculture, thereby rendering moot the matters and issues involved in said appeal.

On consideration whereof, it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed.